**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE *EX PARTE* APPLICATION OF ELECTRIC SOLIDUS INC. D/B/A SWAN BITCOIN FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:26-mc-00124 |

## *EX PARTE* APPLICATION OF ELECTRIC SOLIDUS INC. D/B/A/ SWAN BITCOIN FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant Electric Solidus Inc. d/b/a Swan Bitcoin respectfully requests an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Arthur D. Middlemiss, Esq. as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary evidence from Cantor Fitzgerald, L.P. ("Cantor") and Cantor's former Chairman and CEO Howard Lutnick (together, "Respondents").  Respondents "reside in" or are "found in" the Southern District of New York.

The discovery sought from Respondents will be used in legal proceedings in (1) the Eastern Caribbean Supreme Court, In the High Court of Justice, Virgin Islands, Commercial Division, in which Applicant seeks the BVI Court's permission to bring a derivative claim in England on behalf of a former joint venture between Swan and Tether Holdings El Salvador S.A. de C.V., 2040 Energy Ltd.; and (2) the High Court of Justice, Commercial Court, in which Applicant intends to bring the derivative claim if permission is granted.

The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of *Ex Parte* Application for an Expedited Order to Take Discovery Pursuant to 28 U.S.C. § 1782, as well as the Declarations of Jerry DeShield Samuel, Khaled Khatoun, and Arthur D. Middlemiss and the exhibits thereto.

Dated: March 23, 2026                    Respectfully submitted,

<u>/s/    Arthur D. Middlemiss</u>
Arthur D. Middlemiss (NY Bar No. 2683209)
arthur.middlemiss@lbkmlaw.com
Chiara Spector-Naranjo (NY Bar No. 4463790)
chiara.spector-naranjo@lbkmlaw.com
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
10 Grand Central
155 East 44th Street, 25th Floor
New York, New York 10017
(212) 826-7001

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
(202) 833-8900

*Counsel for Applicant Electric Solidus, Inc.*