**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE *EX PARTE* APPLICATION OF
ELECTRIC SOLIDUS INC. D/B/A SWAN
BITCOIN FOR AN EXPEDITED ORDER
TO TAKE DISCOVERY PURSUANT TO 28
U.S.C. § 1782

Case No. 1:26-mc-00124

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN EXPEDITED**
**ORDER TO <u>TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

This matter came before the Court upon the *Ex Parte* Application of Electric Solidus Inc. d/b/a Swan Bitcoin ("Applicant"), for an Order Pursuant to 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, and the Declarations of Jerry DeShield Samuel, Khaled Khatoun, and Arthur D. Middlemiss and the exhibits thereto,

HEREBY ORDERS that:

1. The Application is GRANTED; and

2. Arthur D. Middlemiss is hereby appointed Commissioner of the Court with the power to issue subpoenas to Respondents Cantor Fitzgerald, L.P. and Howard Lutnick.

3. Applicant may seek leave of Court to serve additional follow-up subpoenas on any person found or residing in this District as may be necessary to obtain the testimonial or documentary evidence described in the Application.

Nothing in this Order shall be construed to preclude Respondents from timely moving to quash such subpoena or challenging alleged deficiencies in the Application.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026