UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ELECTRIC SOLIDUS INC. D/B/A SWAN BITCOIN,

            Applicant,

    -v-

CANTOR FITZGERALD L.P.,

            Respondent.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/2/2026

26-mc-124 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court held an initial conference in this matter today, April 2, 2026.  As indicated on the record: Applicant shall have 14 days from the date of this Order to file a reply brief to Respondent's opposition at Dkt. Nos. 11–12.  Respondent Cantor Fitzgerald has appeared and has waived service.  Service on Mr. Lutnick shall be effected by April 7, 2026.

    SO ORDERED.

Dated: April 2, 2026
      New York, New York
                         LEWIS J. LIMAN
                   United States District Judge