**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE EX PARTE APPLICATION OF ELECTRIC SOLIDUS INC. D/B/A SWAN BITCOIN FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | ) ) ) ) ) ) ) ) ) |

Case No. 1:26-mc-00124-LJL

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance on behalf of Respondent Howard W. Lutnick, the United States Secretary of Commerce, in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: April 20, 2026

/s/ Sara Brauerman
Sara E. Brauerman
Vinson & Elkins, LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel.: (212) 237-0000
Fax: (212) 237-0100
sbrauerman@velaw.com

*Counsel for Respondent Howard W. Lutnick*