UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

IN RE APPLICATION OF ELECTRIC SOLIDUS INC.
D/B/A SWAN BITCOIN FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2026

26-mc-124 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Applicant Electric Solidus Inc. d/b/a Swan Bitcoin applied, pursuant to 28 U.S.C. § 1782,

for an order permitting it to take discovery for use in foreign proceedings from Cantor Fitzgerald,

L.P. and its former Chairman and CEO Howard Lutnick.  Dkt. No. 1.  On July 22, 2026,

Respondent Cantor Fitzgerald informed the Court that the foreign proceeding  in the British

Virgin Islands for which Swan sought foreign discovery was dismissed.  Dkt. No. 28.  Applicant

shall inform the Court by letter by 5:00 p.m. on July 27 whether there remains any basis for their

request and why the application should not be dismissed as moot.

SO ORDERED.

Dated: July 23, 2026
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge